(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BECO Electric Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**36-3990935** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State)<br>**9930 W. 190th Street<br>Suite L<br>Mokena, IL**<br><br>ZIPCODE **60448** | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIPCODE |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**C/O William G. Haberkorn<br>9704 Hummingbird Hill Drive<br>Orland Park, IL**<br><br>ZIPCODE **60467** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE |
|---|

**Type of Debtor** (Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity: _____

**Nature of Business**
(Check all applicable boxes)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3).

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Consumer/Non-Business
- ☑ Business

**Filing Fee** (Check one box)

- ☑ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                            **FORM B1**, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **BECO Electric Co., Inc.** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
|---|---|
| ☐   Exhibit A is attached and made a part of this petition. | X   **Not Applicable**<br><br>_____<br>Signature of Attorney for Debtor(s)          Date |

| **Exhibit C**<br><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No | **Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)**<br><br>☐   I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐   I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances (Must attach certification describing.) |
|---|---|

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition.

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **BECO Electric Co., Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative of a Recognized Foreign Proceeding** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition]- I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
   Signature of Debtor

X **Not Applicable**
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)

   Date

X _____
   **Signature of Attorney**
   Signature of Attorney for Debtor(s)

**Dennis M. Sbertoli, 3128965**
Printed Name of Attorney for Debtor(s) / Bar No.

**Dennis M. Sbertoli  SBED**
Firm Name

**P.O. Box 1482  La Grange Park, Illinois  60526-1801**
Address

**(708) 579-9724**        **(708) 579-1934**
Telephone Number

Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

**William G. Haberkorn**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

Date

**Signature of a Foreign Representative of a Recognized Foreign Proceeding**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.§110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

_____
Address

X **Not Applicable**
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6- Summ

## United States Bankruptcy Court
## Northern District of Illinois
## Eastern Division

In re  **BECO Electric Co., Inc.**                                        Case No. _____

                                    Debtor

                                                                          Chapter    **7**  _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | **YES** | 1 | $       0.00 | | |
| B - Personal Property | **YES** | 4 | $   546.420.92 | | |
| C - Property Claimed as Exempt | **NO** | | | | |
| D - Creditors Holding Secured Claims | **YES** | 2 | | $     316.447.85 | |
| E - Creditors Holding Unsecured Priority Claims | **YES** | 3 | | $     438,726.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | **YES** | 8 | | $     885,856.10 | |
| G - Executory Contracts and Unexpired Leases | **YES** | 1 | | | |
| H - Codebtors | **YES** | 1 | | | |
| I - Current Income of Individual Debtor(s) | **NO** | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | **NO** | 0 | | | $ |
| Total | | | $   546,420.92 | $  1,641,029.95 | |

## United States Bankruptcy Court

### Northern District of Illinois

#### Eastern Division

In re:

Case No. _____

Chapter    **7**

**BECO Electric Co., Inc.**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the **President** of **BECO Electric Co., Inc.,** a **Illinois** Corporation and that on **08/01/2006** the following resolution was duly adopted by the **William G. Haberkorn and Mark J. Haberko** of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **William G. Haberkorn**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that **William G. Haberkorn**, **President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be It Further Resolved, that **William G. Haberkorn**, **President** of this Corporation, is authorized and directed to employ **Dennis M. Sbertoli**, attorney and the law firm of **Dennis M. Sbertoli  SBED** to represent the Corporation in such bankruptcy case."

Executed on:    _____

Signed:    _____

**President of BECO Electric Co., Inc.**

FORM B6A

(10/05)

In re:    **BECO Electric Co., Inc.**                                                    Case No. _____

                                    **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re    BECO Electric Co., Inc.                                                    Case No.

Debtor                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account # 05056478 at Founders Bank | | 65.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Form B6B-Cont.
(10/05)

In re **BECO Electric Co., Inc.**
                                           Case No. _____
                          Debtor                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Miscellaneous receivables** | | 529,319.92 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Form B6B-Cont.
(10/05)

In re   **BECO Electric Co., Inc.**                                    Case No. _____

                                    **Debtor**                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Ford E-350 Cargo Van  (Value derived from Edmunds.com  Average condition) | | 14,036.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Desks, chairs, cabinets, office paper & supplies. Currently in storage. | | 1,000.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | Miscellaneous electronic equipment. | | 2,000.00 |
| 30. Inventory. | | | | 0.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

Form B6B-Cont.
(10/05)

In re   **BECO Electric Co., Inc.**

**Case No.**

Debtor

**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | _3_   continuation sheets attached   Total | | **$ 546,420.92** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6D
(10/05)

In re: **BECO Electric Co., Inc.**                                    Case No.    _____
_____,                                         (If known)
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **149013581**<br><br>**Founders Bank**<br>**6825 w. 111th St.**<br>**Worth, IL 60482** | | | **Security Agreement**<br>**Checking account # 05056478 at**<br>**Founders Bank**<br>**Desks, chairs, cabinets, office paper**<br>**& supplies.  Currently in storage.**<br>**Inventory consisting of small parts,**<br>**light fixtures wire and**<br>**miscellaneous items used in the**<br>**electrical construction business.**<br>**Miscellaneous electronic**<br>**equipment.**<br><br>**VALUE $551,106.40** | | X | | 98,314.59 | 0.00 |

<u>1</u> Continuation sheets attached

Subtotal         ⬏
(Total of this page)

Total            ⬏
(Use only on last page)

| $98,314.59 |
|---|
|  |

(Report total also on Summary of Schedules)

FORM B6D-Cont.
(10/05)

In re: **BECO Electric Co., Inc.**            Case No. _____

_____
Debtor                                   (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **149013580** <br><br>**Founders Bank**<br>**6825 W 111th St.**<br>**Worth, IL 60482** | | | **Security Agreement**<br>**Desks, chairs, cabinets, office paper & supplies. Currently in storage. Inventory consisting of small parts, light fixtures wire and miscellaneous items used in the electrical construction business. Blanket security interest in corporate assests. Guaranteed by and secured by personal residence of William and Sharon Haberkorn.**<br><br>**VALUE $548,106.40** | | X | | 199,889.78 | 0.00 |
| ACCOUNT NO.   **IL000000105870** <br><br>**Great Bank**<br>**234 Randall Road**<br>**Algonquin IL 60102** | X | | **05/01/2005**<br>**Security Agreement**<br>**2003 Ford E-350 Cargo Van (Value derived from Edmunds.com Average condition)**<br><br>**VALUE $14,036.00** | | X | | 18,243.48 | 0.00 |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal   ➤      **$218,133.26**
(Total of this page)

Total   ➤      **$316,447.85**
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6E
(10/05)

In re   **BECO Electric Co., Inc.** _____   Case No. _____

                                    Debtor                                                   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child." Do not include the name or address of a minor child in this schedule. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

❑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

Form B6E -Cont.
(10/05)

In re   **BECO Electric Co., Inc.**                                               Case No. _____

                              Debtor                                                        (If known)

❑ **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.   11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.   11 U.S.C. § 507(a)(9).

❑ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              1  Continuation sheets attached

Form B6E -Cont.
(10/05)

In re    **BECO Electric Co., Inc.**                                    Case No. _____
Debtor                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  II | | | | | | | 0.00 | 0.00 |
| ACCOUNT NO.    36-3990935  Illinois Department of Revenue  100 West Randolph  Chicago, Illinois 60601 | | | Illinois employee witholding | | | X | 34,892.36 | 34,892.36 |
| ACCOUNT NO.    36-3990935  Illinois Dept of Employment Security  P.O. Box 4385  Chicago, IL 60680-4385 | X | | State unemployment tax. | | | | 30,000.00 | 30,000.00 |
| ACCOUNT NO.    36-3990935  Internal Revenue Service  Mail Stop 5010 CHI  230 South Dearborn Street  Chicago, IL 60604 | X | | Medicare witholding | | | | 31,163.16 | 31,163.16 |
| ACCOUNT NO.    36-3990935  Internal Revenue Service  Mail Stop 5010 CHI  230 South Dearborn Street  Chicago, IL 60604 | X | | FICA witholding | | | | 133,249.63 | 133,249.63 |
| ACCOUNT NO.    363990935  Internal Revenue Service  Mail Stop 5010 CHI  230 South Dearborn Street  Chicago, IL 60604 | X | | Employee witholding | | | X | 209,420.85 | 209,420.85 |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotal (Total of this page) | $438,726.00 | $438,726.00 |
|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E.) | $438,726.00 | $438,726.00 |

(Report total also on Summary of Schedules)

Form B6F (10/05)

In re   **BECO Electric Co., Inc.**

Debtor

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4796** <br><br> **Advance Electrical Supply Co.** <br> **8500 W. 191st St.** <br> **Unit 10** <br> **Mokena, IL 60448** | | | **Material sold on open account.** | | X | | 92.18 |
| ACCOUNT NO.   **3-0721-0038470** <br><br> **Allied Waste Services** <br> **P.O. Box 9001154** <br> **Louisville, KY 40290** | | | **Refuse hauling** | | X | | 53.08 |
| ACCOUNT NO.   **800304105** <br><br> **American Compressed Gasses** <br> **189 Central; Avenue** <br> **Old Tapan, NJ 07675** | | | **Material sold on open account.** | | X | | 83.62 |

7   Continuation sheets attached

Subtotal   ⌐

Total   ⌐
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

| **$228.88** |
|---|
| |

Form B6F - Cont.
(10/05)

In re  **BECO Electric Co., Inc.**                                          Case No. _____
                              Debtor                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **4002750003434339** <br><br> **Bank of America** <br> **P.O. Box 60073** <br> **City of Industry, CA 91716-0073** | | | | | X | | 1,366.09 |
| ACCOUNT NO.   **1584** <br><br> **Brook Electrical Distribution Co.** <br> **645 Heathrow Dr.** <br> **Lincolnshire, IL 60069** | | | Material sold on open account. | | | | 22,711.43 |
| ACCOUNT NO.   **Beco 001** <br><br> **Bulldog Tools & Fasteners** <br> **1147 N. Ellsworth Ave.** <br> **Villa Park, IL 60181** | | | Merchandise and equipment sold on open account. | | X | | 374.54 |
| ACCOUNT NO. <br><br> **Chicago & Cook county EBB#16** <br> **Five Westbrook Corporate Center** <br> **Suite 940** <br> **Westchester, IL 60154** | | | | | X | | 10,334.58 |
| ACCOUNT NO.   **Beco** <br><br> **Chicago Switchboard** <br> **470 W. Wrightwood** <br> **Elmhurst, IL 60126** | | | Material sold on open account. | | | | 3,040.76 |

Sheet no. 1 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ✓
(Total of this page)

$37,827.40

Total ✓
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  **BECO Electric Co., Inc.**
_____
Debtor

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0280001200** <br><br> **City Electric** <br> **P.O. Box 1006** <br> **Wilbraham, MA 01095** | | | Material sold on open account. Creditor may have perfected lien vs. owner of job site. | | | | 164,588.40 |
| ACCOUNT NO. **144380614** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, Illinois 60668-0001** | | | Electrica service provided to debtor's former business office. | | | | 28.95 |
| ACCOUNT NO. **003-7686349001 &002** <br><br> **Dell Financial Services** <br> **Payment Processing Center** <br> **P.O. Box 5292** <br> **Carol Stream, IL 60188** | | | Defaulted lease payments | | X | | 908.17 |
| NOTE: Additional account Nos. also 003 5427094001 & 002 | | | | | | | |
| ACCOUNT NO. **21973550** <br><br> **Direct TV** <br> **P.O. Bos 60036** <br> **Los Angeles, CA 90060-0036** | | | TV service supplied to business premises. | | | | 94.98 |
| ACCOUNT NO. **0003748-0003748** <br><br> **Electrical Insurance Trustees** <br> **221 N. LaSalle Street** <br> **Suite 200** <br> **Chicago, IL 60601** <br><br> **David R. Shannon** <br> **111 W. Washington St. Suite 1900** <br> **Chicago, IL 60602** | | | Unioun insurance premium. | | | | 198,518.72 |

Sheet no. 2 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ✐
(Total of this page)

$364,139.22

Total ✐
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  **BECO Electric Co., Inc.**                                                           Case No. _____

                              **Debtor**                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **502580** <br><br> **Evergreen Oak Electrical Supply** <br> **13400 s. Cicero** <br> **Crestwood, IL 60445** | | | Merchandise sold on open account. | | X | | 6,593.01 |
| ACCOUNT NO.  **109150-0038** <br><br> **Evergreen Supply co** <br> **9901 S. Torrence Ave.** <br> **Chicago, IL 60617** | | | Material sold on open account. | | X | | 14,107.43 |
| ACCOUNT NO. <br><br> **Express One** <br> **P.O. Box 999970** <br> **Sandy UT 84090** | | | | | X | | 34.93 |
| ACCOUNT NO.  **7083264948** <br><br> **GlobalCom Inc.** <br> **333 w. Wacker Drive** <br> **Chicago, IL 60606-1231** | | | **Phone service** | | | | 2,809.53 |
| ACCOUNT NO.  **005724** <br><br> **Hard Rock Concrete Cutters** <br> **984 Lee Street** <br> **Des Plaines, IL 60016-6546** | | | Work performed by subcontractor. | | X | | 8,153.50 |

Sheet no. 3 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    $31,698.40

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re   **BECO Electric Co., Inc.**

Debtor

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **10953153**<br><br>**Hilti, Inc.**<br>**P.O. Box 382002**<br>**Pittsburgh, PA 15250-8002** | | | **Merchandise sold on open account.** | | X | | 1,000.00 |
| ACCOUNT NO.<br><br>**Horizon contractors, Inc.**<br>**1355 W. Fulton St.**<br>**Chicago, IL 60657Work performed by subco** | | | | | | | 36,390.73 |
| ACCOUNT NO.   **Beco 01**<br><br>**Jem Development, Inc.**<br>**7221 W. 59th Street Suite 1A**<br>**Summit, IL 60501** | | | | | | | 8,990.70 |
| ACCOUNT NO.   **15763**<br><br>**Kramer & Leonard Office Products**<br>**312 Roberts Road**<br>**Chsterton, IN 46304** | | | **Merchandise sold on open account.** | | X | | 93.15 |
| ACCOUNT NO.<br><br>**Litgin Concrete Cutting**<br>**1020 Nerge Road**<br>**Elk grove, IL 60007** | | | **Work performed by subcontractor.** | | | | 450.00 |

Sheet no. 4 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

$46,924.58

Total
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  **BECO Electric Co., Inc.**                                    Case No. _____

                        **Debtor**                                              **(If known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 239,034.47 |
| **Magna Electric** 15644 S. Cicero, Ave. Oak Forest,IL 60452 **Raymond Ostler** 208 S. LaSalle Street, Suite 1200 Chicago, IL 60604 | | | Merchandise sold on open account. | | | | |
| ACCOUNT NO.  **309150-0032** | | | | | X | | 1,458.55 |
| **Minooka Electric Supply** 231267 Momentum Place Chicago, IL 60689-5311 | | | Material sold on open account | | | | |
| ACCOUNT NO.  **Beco 01-10059** | | | | | X | | 311.83 |
| **Movable Cubicle** P.O. Box 550 Youngsville, NC 27596 | | | equipment rental | | | | |
| ACCOUNT NO.  **465602513** | | | | | X | | 680.59 |
| **NEXTEL** P.O. Box 4191 Carol Stream, IL 60197-4191 | | | Cell phone service for debtor's workers. | | | | |
| ACCOUNT NO.  **3009627650** | | | | | | | 384.88 |
| **NICOR Gas** P.O. Box 2020 Aurora, IL 60568-0001 | | | Gas service at debtor's former business office. | | | | |

Sheet no. 5 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ↗
(Total of this page)

Total  ↗
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

**$241,870.32**

Form B6F - Cont.
(10/05)

In re   BECO Electric Co., Inc.
                    Debtor

Case No. _____
                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    4053300<br><br>Patten Industries Inc.<br>635 W. Lake Street<br>Elmhurst, IL  60126 | | | Material sold on open account. | | | | 45,503.00 |
| ACCOUNT NO.    5588455000085840<br><br>Platinum Plus<br>P.O. Box 15469<br>Willmington, DE  19866-5469 | | | Credit card. | | | | 441.00 |
| ACCOUNT NO.    065023111<br><br>Shell Card<br>P.O. Box 183019<br>Colubus, OH 43218-3019 | | | Fleet credit card used by debtor's workers. | | X | | 5,100.00 |
| ACCOUNT NO.    Beco 1<br><br>Suburban Augering<br>P.O. Box 231<br>Woodstock, IL60098 | | | Work performed by subcontractor. | | X | | 4,740.00 |
| ACCOUNT NO.    1304682<br><br>Sunstar Lighting<br>2001 NW 25th Avenue<br>Pompano Beach FL 33069 | | | Work performed by subcontractor. Merchandise sold on open account. | | | | 3,554.59 |

Sheet no.  6  of  7  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)

$59,338.59

Total ➤
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re **BECO Electric Co., Inc.**                                    Case No. _____
                              Debtor                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **12480308** <br><br> **Trade Services** <br> **15445 Innovation Drive** <br> **San Diego, CA 92128-3432** | | | | | X | | 195.24 |
| ACCOUNT NO.  **2722** <br><br> **Western Utility Contrctors** <br> **227 East Laraway Road** <br> **Suite D** <br> **Frankfort, IL 60423** | | | **Work performed by subcontractor.** | | X | | 3,400.00 |
| ACCOUNT NO. <br><br> **William G. Haberkorn** <br> **9704 Hummingbird Hill Drive** <br> **Orland Park, IL 60467** | | | **Personal loan from officer/shareholder to company.** | | X | | 97,458.47 |
| ACCOUNT NO. <br><br> **ykora & Company, LLC** <br> **1 S 176 Summit Ave, Court C** <br> **Oak Brook Terrace, IL 60181** | | | | | | | 2,775.00 |

Sheet no. 7 of 7 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  **$103,828.71**
(Total of this page)

Total ➤  **$885,856.10**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules)

Form B6G

(10/05)

In re: **BECO Electric Co., Inc.**                                    Case No.
                         Debtor                                                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of these leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

❏ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Dell Financial Services**<br>**P.O. Box 5292**<br>**Carol Stream, IL 60197-5292** | **For equipment (Computer leases: Nos. 003-542 7094-001; 003-542 7094-002; 003-7686 349-001 and 003-7686 349-002** |

Form B6H
(10/05)

In re: **BECO Electric Co., Inc.**                              Case No. _____

                    Debtor                                                (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child." See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mark Haberkorn** | **Ford Credit** |
| Mark J. Haberkorn | **Illinois Dept of Employment Security**<br>**P.O. Box 4385**<br>**Chicago, IL 60680-4385** |
| Mark J. Haberkorn | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 South Dearborn Street**<br>**Chicago, IL 60604** |
| Mark J. Haberkorn | |
| Mark J. Haberkorn | |
| **William G Haberkorn** | **Illinois Dept of Employment Security**<br>**P.O. Box 4385**<br>**Chicago, IL 60680-4385** |
| William G. Haberkorn | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 South Dearborn Street**<br>**Chicago, IL 60604** |
| William G. Haberkorn | |
| William G. Haberkorn | |

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Illinois**

**Eastern Division**

In re:    **BECO Electric Co., Inc.**                                    Case No. _____

Chapter  **7**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ 2,568,095.39 | |

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

| | | |
|---|---|---|
| 2. Gross Monthly Income: | | $ 214,024.00 |

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ 91,211.00 |
| 4. Payroll Taxes | 83,136.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

20. Payments to Be Made Directly By Debtor to Secured Creditors For
Pre-Petition Business Debts (Specify):

**None**                                    _____

21. Other (Specify):

**None**                                    _____

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3 - 21) | | $ 174,347.00 |

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2) | | $ 39,677.00 |

Official Form 6 - Decl.
(10/05)

In re **BECO Electric Co., Inc.**

Debtor

Case No. _____

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the <u>Corporation</u> named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____ 23 _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date _____

Signature: _____

William G. Haberkorn President

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re:                                                                                          Case No.

**BECO Electric Co., Inc.**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY<br>LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Mark J. Haberkorn<br>561 Woodcrest Drive<br>Lemont, IL 60439** | **Common** | **1** | **Fee** |
| **William G. Haberkorn<br>9704 Hummingbird Hill Drive<br>Orland Park, IL 60467** | **Common** | **1** | **Fee** |

Form 7
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re: **BECO Electric Co., Inc.**

Case No. _____

Debtor

(If known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 -25. **If the answer to an applicable question is "None," mark the box labeled "None"** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed [full-time or part-time]. An individual debtor also [may be] "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **2,916,963.00** | **Sales and construction  for the period 6/21/2004 to 6/20/2005** | **6/21/04 to 6/20/05** |
| **2,568,095.00** | **Sales and construction for the period 6/21/2005 to 6/20/2006** | **6/21/05 to 6/20/06** |

Form 7-Cont.
(10/05)

## 2. Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade,
profession, or operation of the debtor's business during the **two years** immediately preceding the
commencement of this case. Give particulars. If a joint petition is filed, state income for each
spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a.   *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of
goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement
of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600.
Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation
or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor
counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90
days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is
affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include
payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of America** | **3/20/06 to 6/20/06** | **1,000.00** | |
| **Chase Bank** | **3/20/06 to 6/20/06** | **2,000.00** | |
| **Chase Card Services** | **3/20/06 to 6/20/06** | **4,398.00** | |
| **Chase Card Services** | **3/20/06 to 6/20/06** | **6,603.00** | |
| **Citi Card** | **3/20/06 to 6/20/06** | **4,097.48** | |
| **Citi Card Business** | **3/20/06 to 6/20/06** | **1,195.71** | |
| **Platinum Plus For Business** | **3/20/06 to 6/20/06** | **2,345.00** | |
| **William G. Haberkorn** **9704 Hummingbird Hill Drive** **Orland Park, IL 60467** | **Range of dates 7/11/05 to 1/7/2006** | **5,425.00** | **97,458.47** |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case
to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and
a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Form 7-Cont.
(10/05)

**William G. Haberkorn**                                    **5,425.00**              **97,458.47**
**9704 Hummingbird Hill Drive**
**Orland Park, IL 60467**
**President/shareholder**

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within **one year**
immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or
chapter 13 must include information concerning either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Divane et al v. Beco Electric 06 C 4355** | **Collecttion under Labor Management Relations Act, 29 USC 141.** | **US District Court, ND Illinois** | **Open, filed 8/11/06** |
| **Magna Electri Supply v. Beco et al. 06 CH 15983** | **Mechanic's lien foreclosure.** | **Circuit Court of Cook County, Chancery Division** | **Pending, filed 8/8/06** |

b.  Describe all property that has been attached, garnished or seized under any legal or equitable
process within **one year** immediately preceding the commencement of this case.  (Married debtors
filing under chapter 12 or chapter 13 must include information concerning property of either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.  Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale,
transferred through a deed in lieu of foreclosure or returned to the seller, within **one year**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or
not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.  Assignments and receiverships

None
☑

a.  Describe any assignment of property for the benefit of creditors made within **120 days**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include any assignment by either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Form 7-Cont.
(10/05)

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than \$200 in value per individual family member and charitable contributions aggregating less than \$100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Sparks Travelling Baseball Team Orland Park IL** | none | 02/24/2006 | \$250.00   Cash |

## 8. Losses

None
☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Dennis M. Sbertoli  SBED P.O. Box 1482 La Grange Park, Illinois 60526-1801** | **6/13/06** | **\$1,000.00** |

## 10.  Other transfers

None
☑

Form 7-Cont.
(10/05)

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None
☑

Form 7-Cont.
(10/05)

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14. Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15. Prior address of debtor

None
☑

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

## 16. Spouses and Former Spouses

None
☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

Form 7-Cont.
(10/05)

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☑

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO / COMPLETE  EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner or more than 5 percent of the voting or equity securities of a corporation; a partner, other than limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)*

Form 7-Cont.
(10/05)

## 19. Books, records and financial statements

None     a.  List all bookkeepers and accountants who within **two years** immediately preceding the filing of
□       this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

**Mark J. Haberkorn**                                     **2004 to present.  Duties shared with brother Wm.**
**561 Woodcrest Drive**                                   **Haberkorn**
**Lemont, IL 60439**

**Willam G. Haberkorn**                                   **1998 to present**
**9704 Hummingbird Hill Dr.**
**Orland park, IL 60467**

b.  List all firms or individuals who within the **two years** immediately preceding the filing of this
bankruptcy case have audited the books of account and records, or prepared a financial statement
of the debtor.

None
□

NAME AND ADDRESS                                          DATES SERVICES RENDERED

**Robert Stapleton Co**
**7054 W. 171 St.  Street**
**Tinley park, IL 60477**

**Sykora & Co.**
**1 S 376 Summit Ave**
**Count C**
**Oak Brook Terrace, IL 60181**

c.  List all firms or individuals who at the time of the commencement of this case were in
possession of the books of account and records of the debtor.  If any of the books of account and
records are not available, explain.

None
□     **William G. Haberkorn**                            **9704 Hummingbird Hill Dr.**
      NAME                                                Orland park, IL 60467

d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies,
to whom a financial statement was issued by the debtor within **two years** immediately preceding the
commencement of this case by the debtor.

None
□     **Dohn & Associates**                               **03/01/2006**
      481 E Emerson ave, Suite 102                        DATE ISSUED
      **Palatine, IL 60067**

      **Founders Bank**                                   **02/06/2006**
      **6825 W. 111th Street**
      **Worth, IL 60482**

## 20.  Inventories

None
☑

a.  List the dates of the last two inventories taken of your property, the name of the person who
supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                          DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY          INVENTORY SUPERVISOR           (Specify cost, market or other basis)

Form 7-Cont.
(10/05)

b.  List the name and address of the person having possession of the records of each of the two
inventories reported in a., above.

None

☑

NAME AND ADDRESSES OF CUSTODIAN
DATE OF INVENTORY                                                    OF INVENTORY RECORDS

## 21.  Current Partners, Officers, Directors and Shareholders

None

☑

a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each
member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

b.  If the debtor is a corporation, list all officers and directors of the corporation, and each
stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting
securities of the corporation.

None

☐

| Mark J. Haberkorn | Vice President | |
|---|---|---|
| 561 Woodcrest Drive | | NATURE AND PERCENTAGE |
| ~~NAME~~ Lemont, IL 60439 ~~ADDRESS~~ | TITLE | OF STOCK OWNERSHIP |
| William G. Haberkorn | President | 50% |
| 9704 Hummingbird Hill Dr. | | |
| Orland Park, IL 60467 | | |

## 22.  Former partners, officers, directors and shareholders

None

☑

a.  If the debtor is a partnership, list each member who withdrew from the partnership within **one
year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation
terminated within **one year** immediately preceding the commencement of this case.

None

☑

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23.  Withdrawals from a partnership or distributions by a corporation

None

☑

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given
to an insider, including compensation in any form, bonuses, loans, stock redemptions, options
exercised and any other perquisite during **one year** immediately preceding the commencement
of this case.

| NAME & ADDRESS | | AMOUNT OF MONEY |
|---|---|---|
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | AND VALUE OF PROPERTY |

## 24.  Tax Consolidation Group.

Form 7-Cont.
(10/05)

None

☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER

## 25. Pension Funds.

None

☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER

* * * * * *

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____        Signature ╳ _____

**William G. Haberkorn, President**

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

**Dennis M. Sbertoli   3128965**
**Dennis M. Sbertoli   SBED**
**P.O. Box 1482**
**La Grange Park, Illinois   60526-1801**

**(708)  579-9724**
**Attorney for the Petitioner(s)**

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

Eastern Division

In Re:
Debtor: **BECO Electric Co., Inc.**
Social Security Number:  **36-3990935**

Case No:

Chapter **7**

Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | **Advance Electrical Supply Co.**<br>**8500 W. 191st St.**<br>**Unit 10**<br>**Mokena, IL 60448** | **Unsecured Claims** | **$      92.18** |
| 2. | **Allied Waste Services**<br>**P.O. Box 9001154**<br>**Louisville, KY 40290** | **Unsecured Claims** | **$      53.08** |
| 3. | **American Compressed Gasses**<br>**189 Central; Avenue**<br>**Old Tapan, NJ 07675** | **Unsecured Claims** | **$      83.62** |
| 4. | **Bank of America**<br>**P.O. Box 60073**<br>**City of Industry, CA 91716-0073** | **Unsecured Claims** | **$  1,366.09** |
| 5. | **Brook Electrical Distribution Co.**<br>**645 Heathrow Dr.**<br>**Lincolnshire, IL 60069** | **Unsecured Claims** | **$ 22,711.43** |

In re:   **BECO Electric Co., Inc.**                                          Case No. _____

| 6. | **Bulldog Tools & Fasteners**<br>1147 N. Ellsworth Ave.<br>Villa Park, IL 60181 | **Unsecured Claims** | $ 374.54 |
|---|---|---|---|
| 7. | **Chicago & Cook county EBB#16**<br>**Five Westbrook Corporate Center**<br>Suite 940<br>Westchester, IL 60154 | **Unsecured Claims** | $ 10,334.58 |
| 8. | **Chicago Switchboard**<br>470 W. Wrightwood<br>Elmhurst, IL 60126 | **Unsecured Claims** | $ 3,040.76 |
| 9. | **City Electric**<br>P.O. Box 1006<br>Wilbraham, MA 01095 | **Unsecured Claims** | $ 164,588.40 |
| 10. | **ComEd**<br>**Bill Payment Center**<br>Chicago, Illinois 60668-0001 | **Unsecured Claims** | $ 28.95 |
| 11. | **Dell Financial Services**<br>**Payment Processing Center**<br>P.O. Box 5292<br>Carol Stream, IL 60188 | **Unsecured Claims** | $ 908.17 |
| 12. | **Direct TV**<br>P.O. Bos 60036<br>Los Angeles, CA 90060-0036 | **Unsecured Claims** | $ 94.98 |
| 13. | **Electrical Insurance Trustees**<br>221 N. LaSalle Street<br>Suite 200<br>Chicago, IL 60601 | **Unsecured Claims** | $ 198,518.72 |
| 14. | **Evergreen Oak Electrical Supply**<br>13400 s. Cicero<br>Crestwood, IL 60445 | **Unsecured Claims** | $ 6,593.01 |

In re:    **BECO Electric Co., Inc.**                                          Case No. _____

| 15. | **Evergreen Supply co**<br>**9901 S. Torrence Ave.**<br>**Chicago, IL 60617** | **Unsecured Claims** | **$ 14,107.43** |
|---|---|---|---|
| 16. | **Express One**<br>**P.O. Box 999970**<br>**Sandy UT 84090** | **Unsecured Claims** | **$    34.93** |
| 17. | **Great Bank**<br>**234 Randall Road**<br>**Algonquin IL 60102** | **Secured Claims** | **$ 18,243.48** |
| 18. | **Founders Bank**<br>**6825 w. 111th St.**<br>**Worth, IL 60482** | **Secured Claims** | **$ 98,314.59** |
| 19. | **GlobalCom Inc.**<br>**333 w. Wacker Drive**<br>**Chicago, IL 60606-1231** | **Unsecured Claims** | **$  2,809.53** |
| 20. | **Founders Bank**<br>**6825 W 111th St.**<br>**Worth, IL 60482** | **Secured Claims** | **$ 199,889.78** |
| 21. | **Hard Rock Concrete Cutters**<br>**984 Lee Street**<br>**Des Plaines, IL 60016-6546** | **Unsecured Claims** | **$  8,153.50** |
| 22. | **Hilti, Inc.**<br>**P.O. Box 382002**<br>**Pittsburgh, PA 15250-8002** | **Unsecured Claims** | **$  1,000.00** |
| 23. | **Horizon contractors, Inc.**<br>**1355 W. Fulton St.**<br>**Chicago, IL 60657Work performed by subco** | **Unsecured Claims** | **$ 36,390.73** |

In re:   **BECO Electric Co., Inc.**                                              Case No. _____

| 24. | II | **Priority Claims** | $ | 0.00 |

| 25. | **Illinois Department of Revenue**<br>**100 West Randolph**<br>**Chicago, Illinois 60601** | **Priority Claims** | $ 34,892.36 |

| 26. | **Illinois Dept of Employment Security**<br>**P.O. Box 4385**<br>**Chicago, IL 60680-4385** | **Priority Claims** | $ 30,000.00 |

| 27. | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 South Dearborn Street**<br>**Chicago, IL 60604** | **Priority Claims** | $ 31,163.16 |

| 28. | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 South Dearborn Street**<br>**Chicago, IL 60604** | **Priority Claims** | $ 209,420.85 |

| 29. | **Internal Revenue Service**<br>**Mail Stop 5010 CHI**<br>**230 South Dearborn Street**<br>**Chicago, IL 60604** | **Priority Claims** | $ 133,249.63 |

| 30. | **Jem Development, Inc.**<br>**7221 W. 59th Street Suite 1A**<br>**Summit, IL 60501** | **Unsecured Claims** | $ 8,990.70 |

| 31. | **Kramer & Leonard Office Products**<br>**312 Roberts Road**<br>**Chsterton, IN 46304** | **Unsecured Claims** | $ 93.15 |

| 32. | **Litgin Concrete Cutting**<br>**1020 Nerge Road**<br>**Elk grove, IL 60007** | **Unsecured Claims** | $ 450.00 |

In re:  **BECO Electric Co., Inc.**                                    Case No. _____

33.  **Magna Electric**                        **Unsecured Claims**              **$ 239,034.47**
     **15644 S. Cicero, Ave.**
     **Oak Forest,IL 60452**

34.  **Minooka Electric Supply**              **Unsecured Claims**              **$ 1,458.55**
     **231267 Momentum Place**
     **Chicago, IL 60689-5311**

35.  **Movable Cubicle**                      **Unsecured Claims**              **$    311.83**
     **P.O. Box 550**
     **Youngsville, NC 27596**

36.  **NEXTEL**                               **Unsecured Claims**              **$    680.59**
     **P.O. Box 4191**
     **Carol Stream, IL 60197-4191**

37.  **NICOR Gas**                            **Unsecured Claims**              **$    384.88**
     **P.O. Box 2020**
     **Aurora, IL 60568-0001**

38.  **Patten Industries Inc.**              **Unsecured Claims**              **$ 45,503.00**
     **635 W. Lake Street**
     **Elmhurst, IL 60126**

39.  **Platinum Plus**                        **Unsecured Claims**              **$    441.00**
     **P.O. Box 15469**
     **Willmington, DE 19866-5469**

40.  **Shell Card**                           **Unsecured Claims**              **$ 5,100.00**
     **P.O. Box 183019**
     **Colubus, OH 43218-3019**

41.  **Suburban Augering**                    **Unsecured Claims**              **$ 4,740.00**
     **P.O. Box 231**
     **Woodstock, IL60098**

In re:   **BECO Electric Co., Inc.**                                                Case No. _____

| 42. | **Sunstar Lighting**<br>**2001 NW 25th Avenue**<br>**Pompano Beach FL**<br>**33069** | **Unsecured Claims** | **$ 3,554.59** |

| 43. | **Trade Services**<br>**15445 Innovation Drive**<br>**San Diego, CA 92128-3432** | **Unsecured Claims** | **$ 195.24** |

| 44. | **Western Utility Contrctors**<br>**227 East Laraway Road**<br>**Suite D**<br>**Frankfort, IL 60423** | **Unsecured Claims** | **$ 3,400.00** |

| 45. | **William G. Haberkorn**<br>**9704 Hummingbird Hill Drive**<br>**Orland Park, IL 60467** | **Unsecured Claims** | **$ 97,458.47** |

| 46. | **ykora & Company, LLC**<br>**1 S 176 Summit Ave, Court C**<br>**Oak Brook Terrace, IL 60181** | **Unsecured Claims** | **$ 2,775.00** |

In re:   **BECO Electric Co., Inc.**                                        Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **BECO Electric Co., Inc.** , named as debtor in this case, declare under penalty of perjury that I have
have read the foregoing Numbered Listing of Creditors, consisting of **6 sheets** (not including this declaration), and that it is true
to the best of my information and belief.

Signature:   _____

              **BECO Electric Co., Inc.**

Dated:       _____

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re:   **BECO Electric Co., Inc.**

Case No. _____

Chapter   **7**

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 2,500.00 |
   | Prior to the filing of this statement I have received | $ | 2,500.00 |
   | Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☑ Debtor   ☑ Other (specify)   **$1,000 paid from debtor funds and balance paid by Mark and Wm. Haberkorn.**

3. The source of compensation to be paid to me is:

   ☐ Debtor   ☑ Other (specify)   **Wm. & Mark haberkorn, individually**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
      a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:   _9 - 9 - 06_

_____
**Dennis M. Sbertoli, Bar No. 3128965**

**Dennis M. Sbertoli  SBED**
Attorney for Debtor(s)